ORIGINAL

SULLIVAN, HILL, LEWIN, REZ & ENGEL
A Professional Law Corporation
  Robert P. Allenby, SBN 156926
  James E. Drummond, SBN 53438
  David B. Hopkins, SBN 126780
  Sean M. Gaffney, SBN 209251
550 West "C" Street, Suite 1500
San Diego, California 92101
Telephone: (619) 233-4100
Fax Number: (619) 231-4372

Attorneys for Plaintiff, TRAYLOR BROS., INC.

FILED
08 JUN -6 PM 3:09
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF
BY: __ec__ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| TRAYLOR BROS., INC., an Indiana corporation doing business as TRAYLOR PACIFIC,<br><br>  Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED PORT DISTRICT, a California public corporation,<br><br>  Defendant. | Case No. 08 CV 1019 L JMA<br><br>DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST<br><br>[Fed. R. Civ. Proc. 7.1 and Local Rule 40.2] |
|---|---|

TO THE DISTRICT COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY given, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 40.2 of the Local Civil Rules of Practice for the United States District Court for the Southern District of California, that Plaintiff TRAYLOR BROS., INC. hereby represents and certifies that it is a nongovernmental corporation organized and existing under the laws of the State of Indiana and doing business as TRAYLOR PACIFIC (hereinafter "TRAYLOR PACIFIC"); that it

///
///
///
///
///
///

::ODMA\PCDOCS\PCDOCS\284208\1

1  is not owned, in whole or in part, by any parent corporation; and that no publicly-held company
2  owns any of TRAYLOR PACIFIC's stock.

3  Dated:      May 19, 2008                SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                           A Professional Law Corporation

                                           By: _____
                                               Robert P. Allenby
                                               James E. Drummond
                                               David B. Hopkins
                                               Sean M. Gaffney
                                               Attorneys for Plaintiff
                                               TRAYLOR BROS., INC. doing business as
                                               TRAYLOR PACIFIC