Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

TRAYLOR BROS., INC., an Indiana corporation doing business as TRAYLOR PACIFIC

vs

SAN DIEGO UNIFIED PORT DISTRICT, a California public corporation

FILED
08 JUN -6 PM 3:11
CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CALIF.
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION
Case No. 08 CV 1019 L JMA

TO: (Name and Address of Defendant)
SAN DIEGO UNIFIED PORT DISTRICT, a public California corporation

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert P. Allenby, Esq.  SBN 156926
Sullivan, Hill, Lewin, Rez & Engel, APLC
550 West "C" Street, Fifteenth Floor
San Diego, California 92101

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUN 0 6 2008

W. Samuel Hamrick, Jr.
CLERK                                                         DATE

By  , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                    AO-440S

