| Attorney or Party without Attorney: <br> ROBERT P. ALLENBY, ESQ., Bar #156926 <br> SULLIVAN, HILL, LEWIN, REZ & ENGEL <br> 550 WEST "C" STREET <br> SUITE 1500 <br> SAN DIEGO, CA 92101 <br> Telephone No: 619-233-4100    FAX No: 619-231-4372 <br><br> Ref. No. or File No.: <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Southern District Of California | |
| Plaintiff: TRAYLOR BROS., INC. <br> Defendant: SAN DIEGO UNIFIED PORT DISTRICT | |

| PROOF OF SERVICE <br> SUMMS IN CIV. ACTION | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 08CV1019 L JMA |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; DISCLOSURE STATEMENT AND NOTICE OF PARTY WITH FINANCIAL INTEREST; CIVIL COVER SHEET.

3. a. Party served:        SAN DIEGO UNIFIED PORT DISTRICT, A CALIFORNIA PUBLIC CORPORATION
   b. Person served:       RALPH CARPIO, AUTHORIZED TO ACCEPT SERVICE OF PROCESS.

4. Address where the party was served:    3165 PACIFIC HWY
                                          SAN DIEGO, CA 92101

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jun. 10, 2008 (2) at: 12:35PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: SAN DIEGO UNIFIED PORT DISTRICT, A CALIFORNIA PUBLIC CORPORATION
   Under CCP 416.50 (public entity)

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOSH KLARER                                                 d. *The Fee for Service was:*

   **First Legal Support Services** SM                            e. I am: (3) registered California process server
   ATTORNEY SERVICES                                                 (i)   Independent Contractor
   1111 6TH AVENUE, SUITE 204                                        (ii)  Registration No.:    1369
   San Diego, CA 92101                                               (iii) County:              San Diego
   (619) 231-9111, FAX (619) 231-1361

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Jun. 11, 2008

   Judicial Council Form POS-010                    PROOF OF SERVICE                    (JOSH KLARER)
   Rule 2.150.(a)&(b) Rev January 1, 2007           SUMMS IN CIV. ACTION                               930812.roball.138956