UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAYLOR BROS., INC., an Indiana corporation doing business as TRAYLOR PACIFIC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN DIEGO UNIFIED PORT DISTRICT, a California public corporation,<br><br>　　　　Defendant. | Case No. '08 CV 1019 L JMA<br><br>**ORDER GRANTING JOINT MOTION TO TEMPORARILY STAY ACTION AND CONTINUE HEARING DATE ON PENDING MOTIONS TO ALLOW MEDIATION TO RESUME** |

Pursuant to the joint motion of the Parties filed July 30, 2008, the stipulated facts therein, and good cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

　　1.　　The Parties shall resume mediation before Mr. Gallagher and complete the resumed mediation prior to Monday, October 6, 2008;

　　2.　　All litigation activity, including discovery, shall be stayed until Monday, October 6, 2008;

　　3.　　The hearing date for the Pleading Motions shall be continued until Monday, October 27, 2008, such that, in the event the mediation fails or the Parties do not otherwise settle, TRAYLOR's opposition papers will not be due until Monday, October 13, 2008, and the PORT DISTRICT's reply papers will not be due until Monday, October 20, 2008; and

///

1     4.     Any Party may, during the pendency of the above stay, seek to lift the stay upon noticed application to the Court for good cause shown.

**IT IS SO ORDERED.**

DATED: August 4, 2008

                                              UNITED STATES DISTRICT JUDGE